# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LINDA STEWART, | : | Case No. 3:20-cv-142 |
| | : | |
| Plaintiff, | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : |  (mediation referral) |
| | : | |
| IAN M. RAE, D.M.D.-SMILE INNOVATIONS, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER OF REFERENCE

The above-captioned action is hereby referred to United States Magistrate Judge Michael J. Newman solely for the purpose of conducting a mediation. The parties request that mediation be scheduled for the first available assignment. The appointed Mediator shall have full authority to conduct the mediation and shall report to District Judge Douglas R. Cole whether or not the mediation resulted in settlement of this case.

**IT IS SO ORDERED**.

May 12, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge
ADR Coordinator