UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LINDA STEWART,

    Plaintiff,

vs.

IAN M. RAE, D.M.D.-SMILE
INNOVATIONS, INC., *et al.*,

    Defendants.

Case No. 3:20-cv-142

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

## RECUSAL ORDER

Having previously participated in this case as a mediator, Judge Newman hereby **RECUSES** himself from this matter, and it is **REFERRED BACK TO THE CLERK** for reassignment to other judicial officers.

    **IT IS SO ORDERED.**

Date: 11/18/2020

s/Michael J. Newman
Michael J. Newman
United States District Judge